## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

In the Interest of P.E., a Minor

Petition of: J.G., Natural Father

: No. 120 WM 2016
:
:
:

## ORDER

**AND NOW**, this 13th day of December, 2016, the application to exceed word count limit is granted. The petition for allowance of appeal submitted on November 30, 2016 shall be accepted for filing. The Respondent shall have ten days from the date of this order to file an answer or a letter stating that an answer will not be filed.

_____
Deputy Prothonotary